IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYREEK MARQUIS BLAYLOCK,** *et al.*,  Plaintiffs, | : : : : |
| v. | : CIVIL ACTION NO. 24-CV-5829 |
| **CHESTER COUNTY PRISON,** *et al.*, Defendants. | : : : |

**ORDER**

AND NOW, this 2nd day of January, 2025, because Trevon Hogue, Corey Allen Stanley, and Markye Chandler failed to comply with the Court's Order entered on November 6, 2024 (ECF No. 4), directing them to (1) sign the Complaint as required by Federal Rule of Civil Procedure 11, and (2) pay the applicable $405 filing fee or file a motion to proceed *in forma pauperis*, which granted them thirty (30) days to do so and warned them that if they failed to comply with the Order that their case would be dismissed without prejudice for failure to prosecute, it is **ORDERED** that:

1. The claims of Trevon Hogue, Corey Allen Stanley, and Markye Chandler are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **TERMINATE** Hogue, Stanley, and Chandler as Plaintiffs in this case.

3. The Motion of Plaintiff Tyreek Marquis Blaylock to proceed *in forma pauperis* (ECF No. 5) is **DENIED WITHOUT PREJUDICE**. While Blaylock complied in part with the Court's Order entered on November 6, 2024, and submitted his prisoner account statement, he did not submit a fully completed application to seek leave to proceed *in forma pauperis*.[1] If

---

[1] Blaylock's application consists only of the first page of the form he was provided.

Blaylock seeks to proceed with this action he must, within thirty (30) days of the date of this Order, either (1) pay $405 (comprising the $350 filing fee and $55 administrative fee) to the Clerk of Court, or (2) file a new motion to proceed *in forma pauperis*.[2]

    4.      The Clerk of Court is **DIRECTED** to **SEND** a blank copy of this Court's current standard prisoner *in forma pauperis* form bearing the above civil action number to Blaylock along with this Order. Blaylock may use this form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence this case by fully completing the form and returning it to the Clerk of Court.

    5.      If Blaylock fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

    6.      The Motion to Proceed *In Forma Pauperis* filed by Plaintiff Ahmad Naizon Boggs (ECF No. 1) is held in abeyance pending Blaylock's compliance with this Order.

                                       **BY THE COURT:**

                                       /s/ Chad F. Kenney

                                       **CHAD F. KENNEY, J.**

---

[2] If Blaylock is ultimately granted leave to proceed *in forma pauperis*, he will be obligated to pay the $350 filing fee in installments pursuant to 28 U.S.C. § 1915(b), even if this case is dismissed. Blaylock will not be entitled to the return of any payments made toward the fee.